**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARAN SINGH,<br><br>                          Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>                          Respondents. | Case No.:  26-cv-2108-BJC-DDL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME [ECF NO. 5]** |

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, along with a Temporary Restraining Order ("TRO").  ECF Nos. 1, 2.  On May 4, 2026, the Court issued a briefing schedule.  ECF No. 4.  On May 11, 2026, the parties filed a Joint Motion to Extend Respondent's Time to Respond.  ECF No. 5.

Good cause appearing, the Court **GRANTS** the Motion.  Respondents shall file a response to the TRO **no later than May 14, 2026**. Petitioner may file a reply **no later than May 21, 2026**.

Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them continue to be **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to hold a hearing and provide a reasoned decision

to the request at hand.

**IT IS SO ORDERED**.

Dated: May 12, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge